UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GUIDANCE RESIDENTIAL LLC<br>Plaintiff,<br><br>v.<br><br>MOHAMED A. MAH,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:18-CV-01169 (VLB)<br><br><br>July 17, 2018 |

## RULING AND ORDER

Before the Court is the Plaintiff's Motion for Remand concerning the same action which this Court remanded to state court on June 19, 2018. *See Guidance Residential, LLC v. Mah*, Case No. 3:18-CV-00902 (VLB), Dkt. No. 14. The Court denied Defendant's motion to reconsider that order. *Id.* at Dkt. No. 17.

Defendant's removal disregards this Court's prior remand and denial of reconsideration. Under the "law of the case" doctrine, "when a court has ruled on an issue, that decision should generally be adhered to by that court in subsequent stages in the same case unless cogent and compelling reasons militate otherwise." *Johnson v. Holder*, 564 F.2d 95, 99 (2d. Cir. 2009) (internal quotation marks omitted). A district court's remand order "'establishes the law of the case' with respect to the case's removability." *Bank of Am. v. Pastorelli-Cuseo*, Case No. 3:17-CV-01666 (SRU), 2017 WL 4678184, at *2 (D. Conn. October 17, 2017) (internal citations omitted).

**Defendant has not articulated any "cogent and compelling reasons" to depart from the Court's earlier ruling. Defendant still has not proven a basis for federal jurisdiction. If Defendant improperly removes this action again, the Court will issue an order to show cause why Defendant should not be held in contempt. *See* Fed. R. Civ. P. 70(e).**

**Therefore, Plaintiff's motion is GRANTED. Pursuant to 28 U.S.C. § 1447(c), Defendant is ordered to pay costs and expenses, including attorneys' fees, incurred as a result of this removal. The case is remanded to state court and the Clerk is directed to close this file.**

              **IT IS SO ORDERED**

              _____/s/_____

              **Hon. Vanessa L. Bryant**
              **United States District Judge**

**Dated at Hartford, Connecticut: July 17, 2018**